FILED
F.T. SMITH DIST.
2020 APR -9 A 10:09
CIR. CLERK

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
CIVIL DIVISION

FRANCIS HOA MACH                                        PLAINTIFF

V.                              NO. 66CV-2020-344 (VI)

ABB MOTORS AND MECHANICAL,
INC., formerly known as
Baldor Electric Company                                 DEFENDANT

## COMPLAINT

Plaintiff states for his Complaint:

**I.   Nature of Action.**

1. This action is brought pursuant to the Arkansas Civil Rights Act, Ark. Code Ann. §§16-123-101, *et seq.*, for discrimination in employment because of race and national origin and for retaliation for opposing such discrimination.

**II.  Parties, Jurisdiction, and Venue.**

2. Plaintiff is of Asian ancestry and Vietnamese origin and resides in Sebastian County, Arkansas.

3. Defendant is a foreign corporation with a place of business located in Sebastian County, Arkansas. Defendant was formerly known as Baldor Electric Company. Defendant employed more than 500 people at all times relevant to this action.

-1-

4. All events related in this Complaint occurred in Sebastian County, Arkansas.

5. This Court has jurisdiction over the parties to and the issues of this action.

6. Venue for this action is properly laid in this Court.

### III. Procedural History.

7. Plaintiff filed charges of discrimination with the United States Equal Employment Opportunity Commission and received a Dismissal and Notice of Rights on or about 16 August 2018.

8. Plaintiff filed a Complaint in the United States District Court for the Western District of Arkansas on 14 November 2018 alleging violations of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the Arkansas Civil Rights Act.

9. The United States District Court for the Western District of Arkansas, *sua sponte*, dismissed Plaintiff's Complaint, without prejudice on 05 August 2019.

10. Plaintiff brings this action pursuant to Ark. Code Ann. §16-56-126(a).

### IV. General Allegations.

11. Defendant's predecessor employed Plaintiff in 1991.

12. On or about 14 August 2017, Defendant outsourced its HVAC department to a third-party.

13. On or about 07 September 2017, Defendant awarded Plaintiff an HVAC technician position for which Plaintiff had previously bid. Plaintiff accepted the new position unaware that Defendant had outsourced its HVAC department to a third-party. Defendant failed to inform Plaintiff that it had outsourced the HVAC department.

14. On or about 27 November 2017, Defendant informed Plaintiff that he was losing his

position as an HVAC technician because the HVAC department had been outsourced to a third-party.

15. Defendant transferred two white HVAC technicians to other positions. Defendant told Plaintiff to bid for another position.

16. Plaintiff complained to Defendant's Human Resources department about the disparate treatment.

17. Plaintiff bid on five positions, three of which positions he was unquestionably qualified to hold. Plaintiff was not awarded any of the five positions. These positions were given to white employees.

18. Plaintiff was notified on 18 January 2018 that he was no longer employed by Defendant because of a lack of jobs. Defendant continued to hire white employees after this date, however.

V.   **Count One – Race And National Original Discrimination.**

19. Defendant discriminated against Plaintiff because of his race and national origin by transferring white HVAC technicians into other positions while requiring Plaintiff to bid for another position.

20. Defendant discriminated against Plaintiff because of his race and national origin by refusing to install Plaintiff into one of the five positions for which he bid while awarding all five positions to white employees.

21. Defendant discriminated against Plaintiff because of his race and national origin by hiring white employees after discharging Plaintiff allegedly because of a lack of jobs.

22. Plaintiff has suffered economic loss and emotional distress and mental anguish

because of Defendant's actions.

23. Defendant's actions with taken with wilful and knowing disregard of Plaintiff's right to enjoy employment without discrimination because of his race and national origin.

## VI. Count Two – Retaliation.

24. Defendant retaliated against Plaintiff because he opposed Defendant's discriminatory practices by denying him continued employment.

25. Plaintiff has suffered economic loss and emotional distress and mental anguish because of Defendant's actions.

26. Defendant's actions with taken with wilful and knowing disregard of Plaintiff's right to enjoy employment without discrimination because of his race and national origin.

## VII. Relief Requested.

27. Plaintiff asks this Court to award him Judgment against Defendant for:

   A. Back pay on his claims for violations of Arkansas Civil Rights Act.

   B. Damages for emotional distress on his claims for violation of the Arkansas Civil Rights Act.

   C. Punitive damages on his claims for violation of the Arkansas Civil Rights Act.

   D. Reinstatement into his former position or into a comparable position or front pay in lieu of reinstatement.

   E. Interest.

   F. Attorneys fees and court costs.

   G. All other relief to which Plaintiff proves himself entitled.

28. Plaintiff demands a trial by jury on all issues so triable.

FRANCIS HOA MACH,
PLAINTIFF

By: _____
Stephen Lee Wood (81170)
Stephen Lee Wood, P.A.
110 South 2d Street
Rogers, AR 72756
479-631-0808
479-631-1711 (facsimile)
slwpa@sbcglobal.net

Mach – Complaint/2016E/2064