UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FRANCIS HOA MACH                                              PLAINTIFF

v.                            No. 2:20-CV-02081

ABB MOTORS AND MECHANICAL INC.                      DEFENDANT

## **JUDGMENT**

Pursuant to the opinion and order entered in this case on this date, Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 14th day of April, 2021.

                                                               /s/ P. K. Holmes, III
                                                               P.K. HOLMES, III
                                                              U.S. DISTRICT JUDGE